## ALEXANDER *v.* BUTTRILL, executor.

FISH, C. J.  Under the evidence the verdict was not demanded, and therefore the first grant of a new trial will not be disturbed.  Civil Code, § 6204.                *Judgment affirmed. All the Justices concur.*
NOVEMBER 14, 1913.

Complaint.  Before Judge Worrill.  Early superior court.  September 14, 1912.

*Rambo & Wright* and *Little & Powell,* for plaintiff in error.
*J. E. Hall,* contra.